367 A.2d 1090
COMMONWEALTH of Pennsylvania,
Appellee,

v.

Elbert BUTLER, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 11, 1976.

Decided Jan. 28, 1977.

F. Ross Crumlish, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Order affirmed.